COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Michael R. Silberstein d/b/a Michael R. Silberstein Investments, Ltd.
                         v. Gloria Lewis

Appellate case number:   01-17-00294-CV

Trial court case number: 15-DCV-220243

Trial court:             268th District Court of Fort Bend County

The clerk's record filed in this Court shows that Appellant, Michael R. Silberstein, timely requested findings of fact and conclusions of law and filed a notice of past-due findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296, 297. The record, however, does not include the requested findings and conclusions. Acting *sua sponte*, we abate this appeal, remand the case to the trial court, and direct the court to file its findings of fact and conclusions of law. *Id.*; *see also White v. Harris-White*, No. 01-07-00521-CV, 2009 WL 1493015, at *6 (Tex. App.—Houston [1st Dist.] May 28, 2009, pet. denied) (mem. op.) (holding remedy for trial court's failure to file findings of fact and conclusions of law is to abate appeal and remand to trial court).

Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. *Id.* 298. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. *Id.*

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law, any request for additional findings, and any additional findings of fact and conclusions of law within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                                 Acting Individually

Date: March 15, 2018